UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RENE R. SALLINGER,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>              Defendant. | CASE NO.    C08-5631FDB-KLS<br><br>ORDER TO SHOW CAUSE TO FILE OPENING BRIEF |

This matter is before the Court on plaintiff's failure to file an opening brief pursuant to the Court's January 6, 2009 order setting the briefing schedule. (Dkt. #8). According to that order, plaintiff's opening brief was due February 3, 2009. To date, however, no opening brief has been filed with the Court. Plaintiff, therefore, shall have until **no later than March 31, 2009**, to file an opening brief, or show cause why this matter should not be dismissed for failure to prosecute.

The Clerk shall send a copy of this Order to counsel for plaintiff and counsel for defendant.

DATED this 3rd day of March, 2009.

                                          Karen L. Strombom
                                          United States Magistrate Judge

ORDER
Page - 1