UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RENE R. SALLINGER,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO.    C08-5631 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING COMMISSIONER |

     The Magistrate Judge recommends that the Court should conclude that Rene Sallinger was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not disabled due to substance abuse. Plaintiff has not filed objections to the Report and Recommendation.

     The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

     (1)    The Court adopts the Report and Recommendation;

     (2)    The administrative decision is AFFIRMED; and

ORDER
Page - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff" counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 28th day of December, 2009.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2